**WO**                                                                                                                   NN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Prudential Equity Group, LLC, | ) | No. CV 07-801-PHX-EHC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Arlene D. Rowland, | ) | |
| Defendant. | ) | |

On April 16, 2007, Plaintiff Prudential Equity Group, LLC ("PEG") filed an application to confirm an arbitration award in the amount of $137,795.82. (Dkts. 1-9). Defendant Rowland filed a motion to dismiss on June 19, 2007. On March 25, 2008, the Court denied Rowland's motion to dismiss and confirmed PEG's arbitration award. (Dkt. 28). Rowland has appealed to the Ninth Circuit Court of Appeals. (See Dkts. 31-35, 40, 46, 52).

On April 11, 2008, Rowland filed a motion to vacate the confirmation order (Dkt. 29) and a motion to void or vacate the confirmation order (Dkt. 30). On April 25, 2008, the Court granted PEG's motion for an extension of sixty days to respond to Rowland's motions (Dkt. 39), and PEG timely filed its response along with a cross motion for sanctions on June 24, 2008 (See Dkts. 47-51). Rowland requests an additional sixty

days to file a reply to PEG's response and also a response to the cross motion for sanctions. (Dkt. 53). PEG does not oppose the extension of time. (See Dkt. 54). Rowland filed a reply to PEG's response (Dkt. 55); the Court will grant the extension of time so that she may respond to the cross motion for sanctions.

On April 24, 2008, the Court ordered that a clerical error be corrected; Plaintiff's correct name is Prudential Equity Group, LLC, *not* Prudential Equity Group, Inc. (See Dkts. 36, 39). Rowland objected to the name change. (See Dkt. 41). She argued that Prudential Equity Group, *Inc.* did not have standing to claim the arbitration award and that changing the name to Prudential Equity Group, *LLC* circumvented the "Real Party In Interest Rule." (Dkt. 41, pp. 6-9). The Court denied Rowland's motion to reconsider the name change. (See Dkt. 45). The Court ordered "that *all future filings reflect Plaintiff's correct name*, Prudential Equity Group, LLC, and that all existing filed documents in this action naming Prudential Equity Group, Inc. be construed as Prudential Equity Group, LLC." (Dkt. 39, p. 2) (emphasis added).

Accordingly,

**IT IS ORDERED** that Defendant's motion for an extension of time (Dkt. 53) is **granted.** Rowland has up to, and including, September 3, 2008, in which to file her response.

DATED this 24th day of July, 2008.

/s/ Earl H. Carroll
_____
Earl H. Carroll
United States District Judge

- 2 -